AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

May 15, 2026

for the

Eastern District of Washington

SEAN F. MCAVOY, CLERK

CHARLES JOSEPH REEVIS

)
)
*Plaintiff*                                    )
v.                                         )       Civil Action No.   2:26-cv-00049-EFS
SPOKANE COUNTY SUPERIOR COURT, EASTERN         )
STATE HOSPITAL, and SATANIC TEMPLE             )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Pursuant to the Court Order at ECF No 5, this action is DISMISSED without prejudice pursuant to LCivR 41(b)(2).
Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Edward F. Shea.

Date:   5/15/2026                                    CLERK OF COURT

s/Sean F. McAvoy

*Signature of Clerk*